**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GILBERT FERGUSON, JENNIFER BRITT, JOSH HALEM, GRANT TAYLOR, JAMIE LEIGHTON, and ADRIAN SOLER, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.*,<br><br>              Defendants. | Civil Action No. 19-cv-21068 (MCA)(MAH) |

## [PROPOSED] STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the Parties (collectively, Plaintiffs Gilbert Ferguson, Jennifer Britt, Josh Halem, Grant Taylor, Jamie Leighton, and Adrian Soler ("Plaintiffs") and Defendant BMW of North America, LLC) have reached a confidential settlement of all claims by Plaintiffs against Defendant and have agreed jointly to stipulate, under Federal Rule of Civil Procedure 41(a)(A)(ii), to the dismissal of this Action in its entirety.

NOW THEREFORE, it is stipulated and agreed that the Action shall be dismissed with prejudice with each party bearing that party's own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 28, 2025

/s/ *Tyler S. Graden*
Joseph H. Meltzer
Melissa L. Yeates
Tyler S. Graden
KESSLER TOPAZ
 MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
myeates@ktmc.com
tgraden@ktmc.com

James E. Cecchi
Zachary A. Jacobs
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
zjacobs@carellabyrne.com

Mark J. Dearman
Stuart A. Davidson
ROBBINS GELLER
RUDMAN & DOWD LLP
225 NE Mizner Boulevard
Suite 720
Boca Raton, Florida 33432
Telephone: (561)750-3000
mdearman@rgrdlaw.com
sdavidson@rgrdlaw.com

*Attorneys for Plaintiffs*

/s/ *Eric Y. Kizirian*
Brian Deeney (Attorney ID: 021022011)
Eric Y. Kizirian (Pro Hac Vice)
LEWIS BRISBOIS
BISGAARD & SMITH LLP
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
(973) 718-395

*Attorneys for Defendant,*
*BMW of North America, LLC*

2

3

**SO ORDERED.**

_____

**Hon. Madeline Cox Arleo, U.S.D.J.**